**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER SENGENBERGER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CREDIT CONTROL SERVICES, INC. d/b/a ) <br> CREDIT COLLECTION SERVICES, ) <br> ) <br> Defendants. ) | Case No.: 09 CV 2796 <br><br> Judge Zagel <br><br> Magistrate Judge Schenkier |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES ("CCS"), by its undersigned attorneys, hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 56, to grant its Motion for Summary Judgment and enter judgment in their favor as to all relief sought in plaintiff's complaint against it, with prejudice and in support thereof state as follows:

1. CCS is entitled Summary Judgment under Rule 56 because plaintiff's claims against CCS under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227(b) cannot be held as a matter of law and policy to be a violation of the TCPA.

2. CCS incorporates its Local Rule 56.1 Statement of Material Facts and Memorandum in Support of Its Motion for Summary Judgment and as fully set forth herein.

WHEREFORE, CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES respectfully requests that this Court grant its Motion for Summary Judgment and enter judgment in their favor and against plaintiff, Christopher Sengenberger, on all claims and causes of action.

2

                    Respectfully submitted,

                    CREDIT CONTROL SERVICES, INC. d/b/a
                    CREDIT COLLECTION SERVICES

                    BY: s/ *Daniel R. Degen*
                        One of Its Attorneys

David M. Schultz
Daniel R. Degen
Hinshaw & Culbertson LLP
222 North LaSalle – Ste. 300
Chicago, IL 60601
(312)704-3000

6544899v1 900715 65872