**FILED**
MAR 12 2010
Mar 12. 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher Sengenberger,<br><br>Plaintiff,<br><br>v.<br><br>Credit Control Services, Inc.,<br><br>Defendant. | Case No. 09-cv-2796<br><br>NOTICE OF FILING – EXHIBIT A TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

To: Credit Control Services, Inc.
c/o Daniel R. Degen
HINSHAW & CULBERTSON
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
ddegen@hinshawlaw.com

PLEASE TAKE NOTICE that on March 12, 2010, Plaintiff filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Exhibit A to his Motion for Summary Judgment (Docket 14), a copy of which is served upon you via United States Mail.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: _____
Timothy J. Sostrin
Bar ID # 6290807
233 S. Wacker, Suite 5150
Chicago, IL 60606
Telephone: 866-339-1156
Email: tjs@legalhelpers.com
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2010, I served Defendant with a copy of Exhibit A to Plaintiff's Motion for Summary Judgment by placing the same in the United States mail, addressed as follows:

Credit Control Services, Inc.
c/o Daniel R. Degen
HINSHAW & CULBERTSON
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

_____
Timothy J. Sostrin

09-2796
Exhibit A to Plaintiff's MSJ (doc. 14)