UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SENGENBERGER, ) | |
| ) | Case No.: 09 CV 2796 |
| Plaintiff, ) | |
| ) | Judge Zagel |
| v. ) | |
| ) | Magistrate Judge Schenkier |
| CREDIT CONTROL SERVICES, INC. d/b/a ) | |
| CREDIT COLLECTION SERVICES, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Plaintiff, Christopher Sengenberger ("Sengenberger") and Defendant, Credit Control Services, Inc. d/b/a Credit Collection Services ("CCS"), by and through their respective undersigned counsel hereby submit this joint status report:

1. On May 5, 2010, this Court entered a Memorandum Opinion and Order (ECF #30) with regards to the Parties' Cross Motions for Summary Judgment.

2. The Memorandum Opinion and Order directed the parties to file supplemental briefing as to the issue of consent and in relation to Count Eighteen of Plaintiff's Complaint.

3. The Parties have discussed the matter and in the interest of judicial economy have decided to resolve Count Eighteen by settlement.

4. The Parties have agreed to a settlement amount, however, have not had the opportunity to memorialize the full settlement terms in writing. The Parties expect to have a settlement agreement executed within ten (10) days, which will state the terms of settlement as to Count Eighteen.

6568989v1 900715 65872

5. The Parties will not be filing supplemental briefing as to the issue of consent in relation to Count Eighteen, as Count Eighteen has been resolved by settlement.

WHEREFORE, the Parties submit this joint status report to notify this Court that they will not be filing supplemental briefing as to consent in relation to Count Eighteen and request that a status hearing be set at this Court's convenience during the first week of June, 2010.

Respectfully submitted,

CHRISTOPHER SENGENBERGER,

s/ *Timothy Sostrin*

One of his Attorneys

Timothy J. Sostrin, Esq*, Senior Associate
Macey & Aleman, P.C./Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Telephone: 866-339-1156

CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES

BY: s/ *Daniel R. Degen*
One of Its Attorneys

David M. Schultz
Daniel R. Degen
Hinshaw & Culbertson LLP
222 North LaSalle – Ste. 300
Chicago, IL  60601
(312)704-3000

## **CERTIFICATE OF SERVICE**

I hereby certify that on **May 21, 2010**, I electronically filed the above and foregoing **Joint Status Report** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                            HINSHAW & CULBERTSON LLP.

                                s/ *Daniel R. Degen*
                                    Daniel R. Degen

David M. Schultz
Daniel R. Degen
Hinshaw & Culbertson LLP
222 North LaSalle – Ste. 300
Chicago, IL  60601
(312)704-3000
(312)704-3001 (facsimile)
ddegen@hinshawlaw.com