# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Christopher Sengenberger, | Case No. 1:09-cv-2796 |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Credit Control Services, Inc., | |
| Defendant. | |

Now come the parties, by and through counsel, and pursuant to Fed. R. 41(a)(1)(A)(ii) hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Hinshaw & Culbertson, LLP |
| By: s/ Timothy J. Sostrin | By: s/ Daniel R. Degen |
| Timothy J. Sostrin | Daniel R. Degen |
| 233 S. Wacker Drive, Suite 5150 | 222 N. LaSalle Street, Suite 300 |
| Chicago, IL 60606 | Chicago, IL 60601 |
| Telephone: 312-753-7576 | Telephone: 312-704-3211 |
| Email: tjs@legalhelpers.com | Email: ddegen@hinshawlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 19, 2010, I electronically filed a copy of the foregoing Stipulation and that notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Daniel R. Degen
Hinshaw & Culbertson, LLP
ddegen@hinshawlaw.com

                                            /s/ Timothy J. Sostrin