**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Christopher Sengenberger
                              Plaintiff,

v.                                                            Case No.: 1:09−cv−02796
                                                            Honorable James B. Zagel

Credit Control Services, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 19, 2010:

      MINUTE entry before Honorable James B. Zagel:Pursuant to Fed. R. 41(a)(1)(A)(ii), the present action is hereby dismissed with prejudice, each party to bear its own costs.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.